IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AMERITRADE OF NEW YORK, INC., AMERITRADE HOLDING LLC, THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC.<br><br>v.<br><br>ISLAND INTELLECTUAL PROPERTY LLC | § § § § § § § § § § § CIVIL ACTION NO. 2:25-CV-00849-RWS |

# **ORDER**

The undersigned hereby recuses from the above-entitled and numbered civil action.

IT IS SO ORDERED.

**SIGNED this 4th day of September, 2025.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE