IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AMERITRADE OF NEW YORK, INC., AMERITRADE HOLDING LLC, THE CHARLES SCHWAB CORPORATION, *and* CHARLES SCHWAB & CO., INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAND INTELLECTUAL PROPERTY LLC,<br><br>*Defendant*. | § § § § § § § § § § § § § CASE NO. 2:25-CV-00849-JRG-RSP |

## ORDER

Ameritrade of New York, Inc., Ameritrade Holding LLC, The Charles Schwab Corporation, and Charles Schwab & Co., Inc. ("Plaintiffs") previously filed a Motion for a Preliminary and Permanent Injunction ("Motion"). (Dkt. No. 10.) Magistrate Judge Payne held a hearing (Dkt. No. 25) and entered a Report and Recommendation (Dkt. No. 29), recommending denial of Plaintiffs' Motion. Plaintiffs have now filed Objections (Dkt. No. 30.)

After conducting a *de novo* review of the briefing on Plaintiffs' Motion, the Report and Recommendation, and the briefing on Plaintiffs' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiffs' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 10) is **DENIED**.

**So ORDERED and SIGNED this 10th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE